UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | 8:23-cv-01936-CJC-DFM | Date | January 18, 2024 |
|---|---|---|---|
| Title | Adam Ghadiri v. Carrol's Paint and Flooring, Inc. et al | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

|  |  |
|---|---|
| <u>Rolls Royce Paschal</u> | <u>Not Reported</u> |
| Deputy Clerk | Court Reporter |
| <u>Attorneys Present for Plaintiffs:</u> | <u>Attorneys Present for Defendants:</u> |
| None Present | None Present |

**PROCEEDINGS:    (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION**

---

Plaintiffs are responsible for prosecuting their actions diligently and complying with Court orders. The Court's Order Regarding Prosecution of Certain Cases Under the Americans with Disabilities Act states that "[p]roofs of service for **all** defendants must be filed within **95 days of the filing of the case** absent a previously approved extension of time by the Court or a motion or responsive pleading by all defendants." (Dkt. 9 [hereinafter the "Order"] at 2 [emphases in original].) The Order further admonishes that "failure to comply with this Order in a particular case will result in a dismissal for lack of prosecution." (*Id.* at 3.)

Plaintiff filed this case on **October 13, 2023**. Although more than 95 days have passed since that date, Plaintiff has not filed a proof of service on any defendant. The Court therefore **DISMISSES** this action for lack of prosecution.

Initials of Deputy Clerk:    rrp